IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADRIENNE ANYANWU | : |
| | : |
| v. | : CIVIL NO. CCB-06-984 |
| | : |
| HARTFORD LIFE BENEFIT | : |
| MANAGEMENT SERVICES | : |
| | : |

...o0o...

## **MEMORANDUM**

Defendant Hartford Life Benefit Management Services has filed a motion to dismiss this ERISA claim for failure to exhaust administrative remedies. The motion has not been opposed. As it appears no claim for benefits under the policy has ever been received by Hartford, the motion will be granted by separate Order. See Makar v. Health Care Corp. of the Mid-Atlantic, 872 F.2d 80, 83 (4th Cir. 1989).


July 27, 2006                                                     /s/
   Date                                        Catherine C. Blake
                                               United States District Judge